THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK G. KUNEY and EDWARD A. SAUTER, Appellants, *v.* WILLIAM A. ADAMS, as Warden of the City Prison of the City of New York, Respondent.

Argued April 20, 1939; decided May 17, 1939.

*James F. Donnelly, Robert P. Schur, Hugo Wintner* and *Merwin Lewis* for appellants.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld* and *Arnold Bauman* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.